UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DARREN W. HARPER,<br>                Plaintiff,<br>  v.<br>DIEBOLD INCORPORATED,<br>a foreign corporation,<br>                Defendant. | Case No. 1:12-cv-00031-BLW<br><br>**ORDER** |

**ORDER**

IT IS ORDERED THAT:

1. Plaintiff's Motion for Summary Judgment (Dkt. 25) is **DENIED** for the reasons explained during oral argument on March 26, 2013.

2. Defendant's Motion for Summary Judgment (Dkt. 26) is **DENIED** for the reasons explained during oral argument on March 26, 2013.

3. The Court will set this case for a trial setting conference in a subsequent Notice of Hearing.

DATED: March 27, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1