UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DARREN W. HARPER,<br><br>            Plaintiff,<br>   v.<br><br>DIEBOLD INCORPORATED, a foreign corporation,<br><br>            Defendant. | Case No. 1:12-cv-00031-BLW<br><br>**JUDGMENT** |

In accordance with the Findings of Fact, Conclusions of Law, and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiff. Plaintiff is entitled to judgment in the amount of $16,000 plus interest from June 1, 2011 at the prescribed rate under 28 U.S.C. § 1961.

DATED: October 28, 2013

*signature*

B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1